UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SARAH ZAPLER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-CV-02920-WLH-JPR<br><br>**JUDGMENT**<br><br>**JS-6** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　Plaintiff Elizabeth Sarah Zapler accepted Defendant Ford Motor Company's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on May 17, 2024. Per the terms of the Rule 68 offer, Ford has agreed to pay Plaintiff and their current counsel of record the sum of $65,000.00 in restitution and includes a provision allowing Plaintiff to seek an award of reasonable attorneys' fees, expenses, and costs, if any, reasonably incurred in connection with this action in an amount to be determined by the Court. Ford expressly reserves all defenses to any fee or cost motion and any award thereon.

Plaintiff will deliver the subject vehicle to Ford no later than 60 days after the acceptance of the offer.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $65,000 pursuant to the terms of the Rule 68 offer attached hereto as Exhibit A.

IT IS SO ORDERED.

Dated: September 24, 2024

Wesley L. Hsu
U.S. District Judge

# EXHIBIT A

Case 2:24-cv-02920-WLH-JPR Document 17 Filed 09/24/24 Page 3 of 6 Page ID #:104

Case 2:24-cv-02920-WLH-JPR Document 14 Filed 05/09/24 Page 4 of 6 Page ID #:101

| | |
|---|---|
| 1 | AMY MACLEAR (SBN 215638) |
| 2 | amaclear@shb.com |
|   | KARA FLAGEOLLET (SBN 347646) |
| 3 | kflageollet@shb.com |
| 4 | **SHOOK, HARDY & BACON L.L.P.** |
|   | 555 Mission Street, Suite 2300 |
| 5 | San Francisco, CA 94105 |
|   | Tel: (415) 544-1900 | Fax: (415) 391-0281 |
| 6 | |
| 7 | NAOKI S. KANEKO (SBN 252285) |
|   | nkaneko@shb.com |
| 8 | **SHOOK, HARDY & BACON L.L.P.** |
| 9 | Jamboree Center |
|   | 5 Park Plaza, Suite 1600 |
| 10 | Irvine, CA 92614 |
| 11 | Tel: (949) 475-1500 | Fax: (949) 475-0016 |
| 12 | Attorneys for Defendant |
|    | FORD MOTOR COMPANY |
| 13 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH SARAH ZAPLER, | | Case No. 2:24-cv-02920-WLH-JPR |
| Plaintiffs, | | **DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| vs. | | |
| FORD MOTOR COMPANY; and DOES 1 through 50, inclusive, | | |
| Defendants. | | |

**TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the provisions of Federal Rule of Civil Procedure Rule 68, Defendant Ford Motor Company ("Ford") hereby offers to allow judgment to be taken against it as follows:

1. Plaintiff ELIZABETH SARAH ZAPLER ("Plaintiff"), will surrender the 2018 Ford Escape (VIN No. 1FMCU0HD3JUD5984) ("Subject Vehicle"), with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which Ford will discharge by payment from the proceeds of the settlement that Plaintiffs accept pursuant to this offer. Plaintiffs will deliver the subject vehicle to Ford on a date, time and place mutually agreeable no later than 60 days after the Plaintiffs' counsel has accepted the Offer of Judgment.

2. Ford will pay Plaintiff and their current counsel of record the sum of $65,000.00 in restitution. This amount is in compromise of Plaintiff's claims, and it may be more or less than Plaintiff would recover if Plaintiff's claims are tried in court.

3. Plaintiff will prepare and file a proposed judgment within 14 days after accepting this offer. The judgment will include a provision allowing Plaintiff to seek an award of reasonable attorneys' fees, expenses and costs, if any, reasonably incurred in connection with this action in an amount to be determined by the Court. Ford expressly reserves all defenses to Plaintiff's fee/costs motion(s) and any award thereon.

4. This Statutory Offer is inclusive of all damages, restitution, costs, attorney fees, expenses, penalties, prejudgment interest, postjudgment interest, and any other sums or amounts or claims that have been asserted by Plaintiffs in this action. If this Statutory Offer is accepted, Plaintiff shall not be entitled to any legal or equitable remedy against Ford except as specified in this offer.

6. Pursuant to Federal Rule of Civil Procedure Rule 68, this Statutory Offer can be accepted by signing a statement that the offer is accepted. Set forth below is a statement indicating acceptance of this Statutory Offer that may be signed by counsel for Plaintiff. If this Statutory Offer to compromise is not accepted and notice given by Plaintiff within the 14 day time period provided by Federal Rule of Civil Procedure Rule 68, then it shall be deemed withdrawn.

7. PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure Rule 68, if this Statutory Offer is not accepted and Plaintiff fails to obtain a more favorable judgment Plaintiff shall not recover post-offer costs, including attorney fees from the date of this Statutory Offer, and shall be required to pay Ford's costs from the time of the offer. Further, the Court, in its discretion, may require Plaintiff to pay a reasonable sum to cover Ford's post-offer costs of the services of Ford's expert witnesses, who are not regular employees of any party, actually incurred and reasonably necessary in either, or both, the preparation or trial of this case by Ford.

Dated: May 3, 2024

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
AMY MACLEAR
NAOKI S. KANEKO
KARA M. FLAGEOLLET

Attorneys for Defendant
FORD MOTOR COMPANY

We hereby accept the above offer on the terms stated on behalf of Plaintiff.

Dated: May 17, 2024

CONSUMER LAW EXPERTS, PC

By: _____
CAREY WOOD
LARA ROGERS

Attorneys for Plaintiff
ELIZABETH SARAH ZAPLER